1  JOHN B. SULLIVAN (State Bar No. 96742)
   EDWARD R. BUELL III (State Bar No. 240494)
2  MICHAEL G. CROSS (State Bar No. 268999)
   mgc@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
5  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
6
   Attorneys for Defendant
7  Wells Fargo Bank, N.A.

8                 UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | JEANETTE M. MARTIN                | Case No.:  2:12-CV-01687-GEB-EFB
   | aka JEANETTE M. GUTIERREZ,        |
12 |                                   | **JOINT STIPULATION TO CONTINUE
   |              Plaintiff,           | HEARING ON DEFENDANT'S
13 |                                   | MOTION TO DISMISS PLAINTIFF'S
   |         vs.                       | THIRD AMENDED COMPLAINT;
14 |                                   | PROPOSED ORDER**
   | WELLS FARGO BANK, N.A.            |
15 | and DOES 1-100,                   |
   |                                   | Current Hearing Date:   August 27, 2012
16 |              Defendants.          |
   |                                   | Proposed Hearing Date:  October 29, 2012

17

28

07685.1034/2308930.1                              JOINT STIPULATION
                                          Case No.:  2:12-CV-01687-GEB-EFB

**STIPULATION**

Defendant Wells Fargo Bank, N.A., ("Defendant"), by and through its counsel of record, and plaintiff Jeanette M. Martin ("Plaintiff"), by and through her counsel of record, hereby stipulate and agree as follows and respectfully request that this Court approve and give effect to their stipulation:

**WHEREAS**, the hearing on Defendant's motion to dismiss Plaintiff's third amended complaint is currently scheduled for Monday, August 27, 2012, at 9:00 a.m. in Courtroom 10, 13th Floor, before the Honorable Garland E. Burrell, Jr..

**WHEREAS**, the parties are in the process of attempting to settle this matter and have reached an agreement in principle on some terms of that settlement.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** among the parties that:

1. The hearing on the motion to dismiss Plaintiff's third amended complaint currently scheduled for Monday, August 27, 2012, be continued to Monday, October 29, 2012, or as soon thereafter as the Court's calendar can accommodate.

DATED: August 10, 2012         SEVERSON & WERSON
                               A Professional Corporation


                               By: /s/ Michael G. Cross
                                        Michael G. Cross

                               Attorneys for Defendant
                               Wells Fargo Bank, N.A.


DATED: August 10, 2012         LAW OFFICE OF JOSEPH FEIST


                               By: /s/ Joseph K. Feist
                                        Joseph K. Feist

                               Attorney for Plaintiff
                               Jeanette M. Martin

-1-

07685.1034/2308930.1

JOINT STIPULATION
Case No.: 2:12-CV-01687-GEB-EFB

**[PROPOSED] ORDER**

The parties having stipulated thereto and good cause appearing, IT IS HEREBY ORDERED THAT the hearing on Defendant's motion to dismiss Plaintiff's complaint, currently scheduled for August 27, 2012 is rescheduled for November 5, 2012, at 9:00 a.m.

**Date:** **8/10/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge